IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Luis J Abarca, | ) | CASE NO. 14 B 01319 |
| | ) | |
| Debtor(s), | ) | Judge: Timothy A. Barnes |

| | | |
|---|---|---|
| Luis J Abarca, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | ADV. NO. ___ AP_____ |
| | ) | |
| Chase Home Finance, | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT OF THE DEBTOR PURSUANT TO 11 U.S.C. §1322(B) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF SECURITY AND RELEASE OF CHASE HOME FINANCE'S UNDERLYING LIEN ON DEBTOR'S PROPERTY**

NOW COMES the Plaintiff, Luis J Abarca, by and through his attorneys, Cutler & Associates, Ltd., and states as follows:

1. The Plaintiff filed a petition under Chapter 13 of the U.S. Bankruptcy Code on January 16, 2014.

2. This Honorable Court has jurisdiction pursuant to §157 and §1334 of Title 28, United States Code.

3. This is a core proceeding within the meaning of §157(B)(1) and (2) of Title 28, United States Code.

4. Venue is proper pursuant to §1409 of Title 28, United States Code.

5. This Honorable Court has not confirmed the Plaintiff's Chapter 13 Plan.

6. Plaintiff, Luis J Abarca, is an individual.

7. The Plaintiff is the owner of a house, his principal place of residence, located at 5259 S Albany Ave Chicago, IL 60632.

8. That Bank of America, serviced by Select Portfolio Servicing holds a first mortgage lien on the real property commonly known as 5259 S Albany Ave Chicago, IL 60632 with a secured claim of $206,000.00.

9. The Defendant holds a second mortgage lien on the real property known as 5259 S Albany Ave Chicago, IL 60632 in the approximate amount of $49,000.00.  No proof of claim has been filed by Chase Home Finance as of the date of this instant motion.

10. That the value of 5259 S Albany Ave Chicago, IL 60632 was $80,000.00 at the time of case filing.

11. That the secured claim of Bank of America, serviced by Select Portfolio Servicing exceeds the value of the subject property, leaving no equity for the Defendant's claim to attach to. Defendant's lien should be canceled pursuant to §1327(b)(2).

WHEREFORE, the Plaintiff, Luis J Abarca, prays this Honorable Court for the following relief:

A. That this Court holds that the interest of the Defendant with respect to the real estate located at 5259 S Albany Ave Chicago, IL 60632, is valued at zero.

B. The Defendant is ordered to cancel and release the underlying lien on the Plaintiff's real estate, located at 5259 S Albany Ave Chicago, IL 60632 and provide to the Plaintiff proof thereof within 30 days after the completion and discharge is granted in the Debtor's Chapter 13 case.

C. That the Plaintiff has such and other relief as the Court may deem just and proper.

Respectfully submitted,

By:    */s/ David H. Cutler*
       David H. Cutler, esq.
       Counsel for Debtor(s):
       Cutler & Associates, Ltd.
       4131 Main St,
       Skokie, IL 60076
       Phone: (847) 673-8600